United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LESLIE JUAREZ, et al., | CASE NO. 4:17-CV-00448 |
| v. | |
| BP EXPLORATION & PRODUCTION, INC., | |

## ORDER APPROVING SETTLEMENT

The Court has reviewed and considered the Parties Joint Motion to Approve Settlement.

IT IS ORDERED that:

1. The Parties' Joint Motion to Approve Settlement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of the claims for relief in the Complaint are fair, reasonable, and adequate compromise of the claims. Therefore, the Settlement Agreement is hereby **APPROVED**.

3. The Parties shall proceed with the satisfaction of the Settlement Agreement.

SIGNED this 15th day of May, 2018

_____
United States District Judge