United States District Court
Southern District of Texas

**ENTERED**
June 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LESLIE JUAREZ, et al., | CASE NO. 4:17-CV-00448 |
| v. | |
| BP EXPLORATION & PRODUCTION, INC. | |

### DISMISSAL WITH PREJUDICE

This case is dismissed with prejudice.

Signed on June 14, 2018.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE